IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRAVIS KURTH,<br><br>                Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INS. CO.,<br><br>                Defendant. | **8:22CV144**<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on the Stipulation For Dismissal of the parties, and the Court, being fully advised in the premises,

ORDERS, ADJUDGES, AND DECREES that the Complaint filed by the Plaintiff be, and hereby is, dismissed with prejudice, each party to pay its own costs, complete record waived by the Court.

Dated this 23rd day of August, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge